USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,

              -v-                      1: 20-cr-69-GHW

    ERNEST WASHINGTON,             ORDER
    DUANE DANIELS,

                      Defendants.
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

        Upon the application of the United States of America, by and through AUDREY STRAUSS, Acting United States Attorney for the Southern District of New York, THOMAS JOHN WRIGHT, Assistant United States Attorney, of counsel, and with the consent of ERNEST WASHINGTON, by and through his attorney, AVRAHAM MOSKOWITZ, and DUANE DANIELS, by and through his attorney, STEVEN LYNCH, it is hereby ORDERED that the pretrial conference in this case is continued from September 9, 2020 to October 14, 2020 at 4:00 pm.

        The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter and permit the defendant and his counsel to receive and review discovery.  Accordingly, it is further ORDERED that the time from the date of this order through October 14, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

2

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 34.

SO ORDERED.

Dated: September 4, 2020

_____
GREGORY H. WOODS
United States District Judge