# M&B
## MOSKOWITZ & BOOK, LLP

Avraham C. Moskowitz
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212) 221-7999
Fax: (212) 398-8835

October 13, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/13/2020
```

**VIA ECF**
Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Re: United States v. Ernest Washington, et al
     20 Cr 69 (GHW)

Dear Judge Woods:

This letter is respectfully submitted on behalf of the defendants to request an adjournment of the pretrial conference scheduled to take place before Your Honor on October 14 2020.

As Your Honor is well aware, since the parties last appeared in court on this matter, the courts have been operating on a skeletal basis due to the Covid-19 pandemic. The parties in this case have continued to review discovery and engage in plea negotiations, but have not yet reached a determination whether the case can be resolved short of trial. Most importantly, over the past few months, the MCC has been closed to legal visits and although it recently opened, counsel have not yet had a chance to visit with their clients to review the discovery and discuss possible resolution of the case. In light of the above, it is respectfully requested that the Court adjourn the case for sixty days to allow counsel ample time to review the discovery with their clients and continue plea negotiations with the government.

I have discussed the requested adjournment with AUSA Thomas Wright who informed me that the government consents to the request.

Thank you in advance for your consideration of this application.

Respectfully submitted,

Application granted. The status conference scheduled for October 14, 2020 is adjourned to December 14, 2020 at 11:00 a.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 37.

SO ORDERED.

Dated: October 13, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge