USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
UNITED STATES OF AMERICA,           :
:
        -v-         :        1:20-cr-69-GHW
:
ERNEST WASHINGTON, and           :        <u>ORDER</u>
DUANE DANIELS,                          :
:
        Defendants.  :
------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Upon the application of ERNEST WASHINGTON, by and through his attorney, AVRAHAM MOSKOWITZ, and with the consent of DUANE DANIELS, by and through his attorney, STEVEN LYNCH, and the United States of America, by and through AUDREY STRAUSS, Acting United States Attorney for the Southern District of New York, THOMAS JOHN WRIGHT, Assistant United States Attorney, of counsel, it is hereby ORDERED that the pretrial conference in this case is continued from October 14, 2020 to December 14, 2020 at 11:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter and permit the defendants and their counsel to receive and review discovery. Accordingly, it is further ORDERED that the time from the date of this order through December 14, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: October 14, 2020
New York, New York

                                                          _____
                                                          GREGORY H. WOODS
                                                          United States District Judge