```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                       :
UNITED STATES OF AMERICA,       :
                                                       :
                       -v-                       :          1: 20-cr-69-GHW
                                                       :
ERNEST WASHINGTON,             :             ORDER
DUANE DANIELS,                        :
                                                       :
                               Defendants.  :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       Upon the application of the United States of America, by and through AUDREY STRAUSS, Acting United States Attorney for the Southern District of New York, THOMAS JOHN WRIGHT, Assistant United States Attorney, of counsel, and with the consent of ERNEST WASHINGTON, by and through his attorney, AVRAHAM MOSKOWITZ, and DUANE DANIELS, by and through his attorney, STEVEN LYNCH, it is hereby ORDERED that the pretrial conference in this case is continued from December 18, 2020 to February 17, 2021 at 9:00 a.m.

       The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and each of the defendants in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter amidst the circumstances of the ongoing national emergency declared as a result of the novel coronavirus pandemic.  Accordingly, it is further ORDERED that the time from the date of this order through February 17, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

This order supersedes the order issued by the Court on December 14, 2020.

SO ORDERED.

Dated: December 15, 2020

_____
GREGORY H. WOODS
United States District Judge