UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    UNITED STATES OF AMERICA,

                -v-
                                     1:20-cr-069-GHW

    ERNEST WASHINGTON and                ORDER
    DUANE DANIELS,

                          Defendants.  X
-----------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

       A remote proceeding is scheduled in this matter on February 17, 2021 at 9:00 a.m.  The proceeding will take place by telephone.  Members of the public who wish to audit the proceeding may do so using the following dial-in information: (888) 557-8511; Access Code: 7470200.

       SO ORDERED.

Dated: February 12, 2021

                                                           GREGORY H. WOODS
                                                     United States District Judge