UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
       :
UNITED STATES OF AMERICA,       :
       :
       :
     -v-       :       1:20-cr-069-GHW
       :
ERNEST WASHINGTON and       :       <u>ORDER</u>
DUANE DANIELS,       :
       :
       Defendants.  X
------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

    A remote proceeding is scheduled in this matter on March 5, 2021 at 9:00 a.m. The proceeding will take place by telephone. Members of the public who wish to audit the proceeding may do so using the following dial-in information: (888) 557-8511; Access Code: 7470200#.

    SO ORDERED.

Dated: March 4, 2021
New York, New York
                                                   GREGORY H. WOODS
                                          United States District Judge