USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
               :
UNITED STATES OF AMERICA,     :
               :
               :
               :
     -v-              :     1:20-cr-69-GHW
               :
ERNEST WASHINGTON,        :     ORDER
               :
          Defendants.   :
               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On March 12, 2021 the Court scheduled a hearing on December 6, 2021 for any defense motions necessitating a hearing. Dkt. No. 53. Pretrial motions by Defendant were due no later than October 4, 2021. Defendant has not filed any pretrial motions. Accordingly, the hearing scheduled for December 6, 2021 is adjourned *sine die*.

     SO ORDERED.

Dated: November 22, 2021

                                                _____
                                                GREGORY H. WOODS
                                                United States District Judge