```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
                                              DOC #: _____
                                              DATE FILED: 12/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                            :
    UNITED STATES OF AMERICA,               :
                                            :
                                            :
                                            :
        -v-                                 :           1:20-cr-69-GHW
                                            :
    ERNEST WASHINGTON,                      :           ORDER
                                            :
                        Defendants.         :
                                            :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

        Trial in this matter will commence on March 15, 2022 at 9:00 a.m.  This matter is the first

priority trial for that date.  Except as expressly modified by this order, the remainder of the pretrial

schedule set forth in the Court's March 12, 2021 order, Dkt. No. 53, remains in full force and effect.

        SO ORDERED.

Dated:  December 1, 2021
                                      _____
                                            GREGORY H. WOODS
                                            United States District Judge