

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMORANDUM ENDORSED**

January 12, 2022

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 1/14/2022 |

**By ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Ernest Washington,* 20 CR 69 (GHW)

Dear Judge Woods,

The Government writes on behalf of the parties to advise the Court that the defendant has accepted a plea offer from the Government and that the parties request respectfully to appear before the Court for a change of plea on February 7, 2022 at 10:00 AM, a date and time that the parties understand is convenient for the Court. In the interim, the parties respectfully request that the Court stay the schedule of pre-trial submissions set in the Order of the Court dated December 28, 2021. Although the defendant has accepted the plea offer from the Government, Mr. Moskowitz, who represents the defendant, is now departing tomorrow for an overseas family commitment that has arisen due to which he will be out of the country for the next two weeks. Upon his return, Mr. Moskowitz expects to be able to meet again with the defendant in person and in advance of the appearance at which the parties will then be prepared to proceed in person before the Court.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

Application granted. The Court will hold a change of plea hearing in this matter on February 7, 2022 at 10:00 a.m. The deadline for the submission of the pretrial materials required by the Court's March 12, 2021 order, Dkt. No. 53, is extended to February 14, 2021.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 78.

SO ORDERED.

Dated: January 14, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge