```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA,

                  -v-                                  1:20-cr-69-GHW

   ERNEST WASHINGTON,                      ORDER

                                 Defendant.
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      The proceeding scheduled in this matter for February 7, 2022 is adjourned to February 10, 2022 at 9:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated:  February 4, 2022
         New York, New York

                                                              _____
                                                               GREGORY H. WOODS
                                                            United States District Judge