THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ERNEST WASHINGTON,

Defendants.

20 Cr 69 (GHW)

**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/22/2022

### *EX PARTE*[1] MOTION FOR APPROVAL TO FILE UNDER SEAL

NOW COMES Ernest Washington, by and through his attorney, Avraham C. Moskowitz, and respectfully moves, *ex parte*, for approval from the Court to file under seal a letter on behalf of defendant, requesting the use of an Associate.

WHEREFORE counsel respectfully request that the relief sought be granted.

On this 21st day of April 2022, it is

Application granted in part and denied in part. First, notwithstanding the footnote here, this application was not filed ex parte or under seal, because it was filed on the public docket. The Court has not received an application, only this request for leave to approval to file an application under seal. Third, the Court will entertain an application for appointment of associate counsel. That application may be filed ex parte. The Court will make a determination whether it may be filed under seal after reviewing the document, not in advance.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 86.

SO ORDERED.
Dated: April 22, 2022
New York, New York

GREGORY H. WOODS
United States District Judge

Respectfully submitted,
MOSKOWITZ & BOOK, LLP

By:/s/Avraham C. Moskowitz
　　Avraham C. Moskowitz
345 Seventh Avenue, 21st Floor
New York, NY 10001
212-221-7999
212-398-8835 (Fax)
amoskowitz@mb-llp.com

Counsel to Defendant Ernest Washington

Dated:　New York, New York
　　　　April 21, 2022

---

[1] This application is filed *ex parte* and under seal pursuant to LCrR 12.2 because it concerns information related to defense strategy that should not be made available to the other parties to this litigation. *See* Administrative Office of the United States Courts, GUIDELINES FOR THE ADMINISTRATION OF THE CRIMINAL JUSTICE ACT, Section 640.20.