# M&B
## MOSKOWITZ & BOOK, LLP

Avraham C. Moskowitz
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212) 221-7999
Fax: (212) 398-8835

May 10, 2022

**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2022

**VIA ECF**
Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Ernest Washington
20 Cr. 69 (GHW)

Dear Judge Woods:

    This letter is respectfully submitted on behalf of the defendant, Ernest Washington, to request an adjournment of his sentencing, which is currently scheduled to take place before Your Honor on June 1, 2022. The adjournment is needed because of scheduling conflicts. A trial originally scheduled to begin in the Eastern District of New York on May 9 was rescheduled to begin on May 23 and will last approximately three to four weeks and thus, I will not be available to participate in the sentencing as scheduled. Upon completion of the trial, I will need a few weeks to complete my sentencing submission on behalf of Mr. Washington. After that, I will begin preparing for another trial scheduled to begin before Judge Koeltl on July 25. Accordingly, I respectfully request that Mr. Washington's sentencing be rescheduled for a date in late August or in September.

    I have discussed the requested adjournment with AUSA Thomas Wright who advised me that the Government has no objection to this request.

    Thank you in advance for your consideration of this request.

Respectfully submitted,

*Avraham C. Moskowitz*

Avraham C. Moskowitz

cc: AUSA Thomas Wright (by email)

---

Application granted. The sentencing hearing scheduled to take place on June 1, 2022 is adjourned to August 25, 2022 at 12:00 p.m.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 89.

SO ORDERED.
Dated: May 10, 2022
New York, New York

*Gregory H. Woods*
GREGORY H. WOODS
United States District Judge