

**MOSKOWITZ & BOOK, LLP**

Avraham C. Moskowitz
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212) 221-7999
Fax: (212) 398-8835

## MEMORANDUM ENDORSED

September 2, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/2022

**VIA ECF**
Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Ernest Washington
20 Cr. 69 (GHW)

Dear Judge Woods:

On August 25, 2022, Your Honor sentenced Mr. Washington to a term of imprisonment of ninety months, following his plea of guilty to charges of participating in a narcotics conspiracy and possessing a firearm in connection with the narcotics conspiracy. At the time of sentencing, I advised Your Honor that Mr. Washington needed medical attention and requested that the Court issue a Medical Order directing the MDC to provide medical assistance to Mr. Washington. The Court declined to enter an Order, but directed the Government to contact the MDC and ask that Mr. Washington be seen by the medical staff forthwith. I spoke to Mr. Washington this morning and regret to inform the Court that he has not yet received any medical attention and the problem that he has been having has gotten worse. Accordingly, I am renewing my request that the Court enter an order directing the MDC to provide Mr. Washington with immediate medical attention and to advise the Court, in writing, an update on his medical status by no later than September 9, 2022

Thank you in advance for your consideration of this request.

Respectfully submitted,

Avraham C. Moskowitz

cc: AUSA Thomas Wright (by email)

Application denied.  The Court will hold a conference with respect to this issue on September 12, 2022 at 9:00 a.m.  A representative of the Bureau of Prisons is directed to appear.  The parties are directed to inform the Court no later than one business day prior to the scheduled conference in the event that the issue has been resolved.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 95.
SO ORDERED.
Dated: September 5, 2022

GREGORY H. WOODS
United States District Judge